COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Guillermina Sandoval, et al. v. American Pointe Realty, Ltd.

Appellate case number:    01-14-00988-CV

Trial court case number:   105437

Trial court:              County Civil Court at Law No. 2 of Harris County

On March 4, 2015, the Clerk of this Court notified appellants that if they did not pay the appellate filing fee by April 3, 2015, this Court might dismiss the appeal. *See* TEX. R. APP. P. 42.3. Then on March 10, 2015, this Court granted, in part, the letter-motion by the appellants for an extension of time to pay for the reporter's record. The March 10th Order notified appellants that if they failed to timely pay or make arrangements to pay for that record by April 9, 2015, this Court might consider and decide only those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

On April 13, 2015, the reporter filed an information sheet stating that the appellants had not paid, or made arrangements to pay, for the record, and also attached a letter refuting appellants' counsel statement in his extension motion that he had been unable to reach the reporter. Since that date, there has not been a further update from the reporter regarding receipt of payment for the record; the record has not been filed and appellants have not filed a further extension to pay for that record or the filing fee.

Accordingly, if the appellants do not pay the $195 appellate filing fee with the Clerk of this Court **within 10 days** of the date of this Order, this appeal will be dismissed. *See* TEX. R. APP. P. 5, 42.3(c). If appellants timely pay the filing fee, this Court will set the briefing schedule and will consider and decide only those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                    ☒ Acting individually    ☐ Acting for the Court
Date: June 2, 2015